JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RHONDA CLARK<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY; SARAH HARRIS, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-7758-SVW (AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE BACK TO CALIFORNIA STATE SUPERIOR COURT, COUNTY OF LOS ANGELES, CENTRAL DISTRICT**<br><br>[Los Angeles County Superior Court Case No. BC713141] |

TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has received and considered Plaintiff and Defendants' Stipulation To Remand Case Back To California State Superior Court, County Of Los Angeles, Central District ("Stipulation").

After considering the Stipulation, IT IS HEREBY ORDERED:

The present case, Federal Court Case Number 2:18-cv-7758-SVW (AGRx), is

/ / /

/ / /

1

CASE NO. 2:18-CV-7758-SVW (AGRX)                                                             PROPOSED ORDER
50027889v.1

hereby remanded back to California Superior Court, County of Los Angeles, Central District. All dates on the Court's calendar are hereby vacated.

Dated: October 3, 2018

_____
Honorable Stephen V. Wilson
United States District Judge